30 A.3d 1100

Fatin ALKHAFAJI, Administrator C.T.A., of the Estate of Abbass Alkhafaji, Deceased, Individually and as Natural Guardian of Her Minor Children, Petitioner

v.

TIAA–CREF, Individual and Institutional Services, LLC, Ahmed Alkhafaji, Alliah Alkhafaji and Sheameh Alkhafaji–Aldualisi, Respondents.

Supreme Court of Pennsylvania.

Oct. 13, 2011.

## ORDER

PER CURIAM.

AND NOW, this 13th day of October, 2011, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. The Petition is **DENIED** as to all remaining issues. The issue, as stated by Petitioner, is:

Did the Superior Court err when it reversed the decision of the lower court and held that a change of beneficiary by will was not, as a matter of law, permitted when the notice provision of TIAA–CREF annuity contracts did not clearly and unambiguously preclude a beneficiary designation by will?